DLM

AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

EARTHLINK, INC., Plaintiff

V.

LOG ON AMERICA, INC., DAVID R. PAOLO, and JOHN DOES 1-10, Defendants.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

**MISC 07 0016**ML

Case Number: 1:02-CV-1921-JOF

I, James N. Hatten Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action November 7, 2006 (Date), as it appears in the records of this court, and that

* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

November 28, 2006
Date

James N. Hatten
Clerk

(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| EARTHLINK, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LOG ON AMERICA, INC., DAVID R. PAOLO, and JOHN DOES 1-10,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:02-cv-1921-JOF |

**<u>JUDGMENT</u>**

This action having come before the court, Honorable J. Owen Forrester, Senior United States District Judge, for consideration of Plaintiff's Motion for Attorney's Fees, and the court having granted said motion, it is

**Ordered and adjudged** that plaintiff recover from defendant David R. Paolo $48,628.75 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 7th day of November, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Traci Clements-Campbell
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
November 7, 2006
James N. Hatten
Clerk of Court

By: /s/ Traci Clements-Campbell
Deputy Clerk

CERTIFICAT...
I hereby attest ... and correct ... was electronically filed with the ... District Court for the Northern District of Georgia.

Date Filed: November 7, 2006
By: [signature] Deputy Clerk
Clerk of Court
JAMES N. HATTEN
NOV 24 2006

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Northern District of Georgia
Notice of Electronic Filing

The following transaction was received from tcc entered on 11/8/2006 at 11:56 AM EST and filed on 11/7/2006
Case Name: Earthlink, Inc. v. Log On America, Inc., et al
Case Number: 1:02-cv-1921
Filer:
Document Number: 44

Docket Text:
CLERK'S JUDGMENT in favor of Plaintiff against Defendant David R. Paolo. Plaintiff to recover from defendant David R. Paolo $48,628.75 as reasonable attorney's fees. (tcc) --Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist--

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=11/8/2006] [FileNumber=1540494-0
] [860898932739a53676dcd673c579ca4e258edf4bc109cfabe4e9127981459dfbf88
0251a7d692e72f6c173fe9123eea683a0295637d2084215fe8079580d6d2f]]

1:02-cv-1921 Notice will be electronically mailed to:

Russell S. Bogue , III russell.bogue@dlapiper.com

Amy Alcoke Quackenboss Amy.Quackenboss@dlapiper.com

Paul Frederick Wellborn , III pete@wellbornlaw.com

1:02-cv-1921 Notice will be delivered by other means to:

Tyler P. Brown
Hunton & Williams
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219-4047

David R. Paolo
P.O. Box 5682
Providence, RI 02903

Robert S. Westermann
Hunton & Williams
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219-4047