UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EARTHLINK, INC., | : | |
| *Plaintiff*, | : | |
| | : | |
| vs. | : | C.A. No. 07-00016 ML |
| | : | |
| DAVID R. PAOLO, | : | |
| *Defendant*. | : | |

**WITHDRAWAL OF APPEARANCE**

The undersigned hereby withdraws his appearance in the above matter for defendant, David Paolo. Attorney John Harwood will be entering his appearance on behalf of the defendant.

/s/ Anthony F. Cottone
Anthony F. Cottone, #3922
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above Withdrawal of Appearance was electronically filed on this 28th day of April, 2008.

/s/ Anthony F. Cottone