UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EARTHLINK, INC. :
:
v. : Misc. 07-0016-ML
:
DAVID R. PAOLO :

**AFFIDAVIT IN SUPPORT OF REQUEST FOR WRIT OF EXECUTION**

I, JOHN D. DEACON, JR., state under penalty of perjury:

1. I am an attorney admitted to practice before this Court. I represent the plaintiff in this proceeding. I have personal knowledge of all facts set forth below.

2. This Affidavit is submitted pursuant to LR Civ 69 in support of plaintiff's request for issuance of a writ of execution on the judgment entered against the defendant.

3. The principal amount of the judgment is $48,628.75. The judgment was entered in the Northern District of Georgia on November 7, 2006. Post-judgment interest accrued from date of entry to April 29, 2008, at the applicable rate by statute of 5.00% per year, amounts to $3,598. The total amount of the judgment, principal plus interest as of April 29, 2008, is $52,227.

4. Demand for payment of the judgment has been made and refused.

5. Efforts to recover the judgment have been made by investigating and issuing subpoenas regarding defendant's assets, particularly the issue of fraudulent conveyance of the defendant's residence. The defendant and his spouse have refused to obey the subpoenas, and a Motion to Adjudge in Contempt is pending.

Signed under penalty of perjury this 1 day of May, 2008.

John D. Deacon, Jr., #2226
72 Pine Street
Providence, RI 02903
(401)272-8080
(401)272-8195
Email: jdeacon@lmkbw.com

Counsel for Plaintiff

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me personally this 1st day of May, 2008.

Christina J. Morris, Notary Public
My Commission Expires: 12/06/11

## CERTIFICATION

I hereby certify that on May 1, 2008, a copy of the foregoing Affidavit in Support of Request for Writ of Execution was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by e-mail or to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Anthony F. Cottone cottonelaw@cox.net

/s/ John D. Deacon, Jr.

F:\John D\Earthlink\PLEADINGS\AFFIDAVIT 16 JDD 050108.doc