DC 11
Rev. 7/82

**WRIT OF EXECUTION** Misc. 07-0016 ML

# United States District Court

DISTRICT: Rhode Island

TO THE MARSHAL OF: District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME: David R. Paolo

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT: $48,628.75 plus interest of $3,598 from 11/7/06 to 4/29/08 at 5.00% per year, for a total of $52,227.

and

DOLLAR AMOUNT:

in the United States District Court for the ______________ District of ______________, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

David R. Paolo
in favor of Earthlink, Inc.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE: U.S. District Court | DISTRICT: Rhode Island |
| CITY: Providence | DATE: 8.1.08 |

Witness the Honorable Mary M. Lisi – Chief U.S. District Judge
(United States Judge)

| | |
|---|---|
| DATE: 5.1.08 | CLERK OF COURT: David A. DiMarzio |
| | (BY) DEPUTY CLERK: [signature] |

RETURN

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
| | |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
| | |